(88 South. 159)

### CARROLL v. STATE. (4 Div. 622.)

(Court of Appeals of Alabama. Nov. 9, 1920.)

1. CRIMINAL LAW ⬳747—WHERE EVIDENCE CONFLICTS THE GENERAL CHARGE IS PROPERLY REFUSED.

Where the evidence on the question of defendant's guilt was in conflict the general charge for the defendant is properly refused.

2. CRIMINAL LAW ⬳561(3)—GOOD CHARACTER ALONE IS NOT SUFFICIENT TO GENERATE REASONABLE DOUBT.

Good character alone is not sufficient evidence to generate a reasonable doubt, but must be considered along with the other evidence; consequently, a charge that good character, if proven and believed, was sufficient to generate a reasonable doubt, was properly refused.

Appeal from Circuit Court, Covington County; A. B. Foster, Judge.

S. H. Carroll was convicted of violating the prohibition law, and he appealed. Affirmed.

The charge referred to in the opinion is as follows:

"Good character, if proven by the defendant, is sufficient, if believed by you, to generate a reasonable doubt of the defendant's guilt."

J. Morgan Prestwood, of Andalusia, for appellant.

The defendant was entitled to the affirmative charge under the evidence in this case.

115 Ala. 42, 22 South. 551; 16 Ala. App. 138, 75 South. 814; Spelce v. State, ante, p. 401, 85 South. 835.

J. Q. Smith, Atty. Gen., for the State.

No brief came to the Reporter.

MERRITT, J. The defendant was indicted for a violation of the prohibition law, and a fine of $50 was assessed against him, and an additional sentence of three months' hard labor. The indictment contained seven counts, but the affirmative charge was given for the defendant as to counts 1, 2, 3, and 4. Count 5 charged that the defendant had in his possession prohibited liquors; count 6, that he had, possessed, or located on his premises a plant for distilling prohibited liquors; and count 7, that the defendant did permit or allow a person, whose name was unknown, to possess or locate an apparatus on his premises for distilling prohibited liquors.

[1] As to these charges, the defendant was refused the general affirmative charge requested by him in writing. There was evidence in the case from which the jury could find the defendant guilty, and the evidence to that end and that of the defendant was in conflict. Of course, the general charge for the defendant was, under such conditions, properly refused.

[2] Good character alone is not sufficient to generate a reasonable doubt, but must be considered along with the other evidence in the case; and for this reason written charge 6 was properly refused to the defendant. Pate v. State, 150 Ala. 10, 43 South. 343.

There is no error in the record, and the judgment of conviction must be affirmed.

Affirmed.